# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE  DIVISION
## 1:11 CV 54

| | |
|---|---|
| GENERAL STAR NATIONAL INSURANCE COMPANY,  ) | |
| ) | |
| Plaintiff, and  ) | |
| ) | |
| NATIONAL CASUALTY COMPANY,  ) | |
| ) | |
| Intervening Plaintiff,  ) | |
| ) | |
| Vs.  ) | ORDER |
| ) | |
| GLEN E. CHAPMAN, CITY OF  ) | |
| HICKORY, DENNIS A. RHONEY, AND ) | |
| ROBERT A. MULLINAX, AS PUBLIC  ) | |
| ADMINISTRATOR FOR THE ESTATE ) | |
| OF MARK R. SAMS,  ) | |
| ) | |
| Defendants.  ) | |
| _____  ) | |

**THIS MATTER** is before the court pursuant to a "Certification and Report of F.R.C.P. 26(f) Conference and Discovery Plan" (#39).  In the document, the parties proposed to defer discovery until after there has been a ruling on dispositive motions which were to be filed by October 30, 2011.  After the filing of the certification on September 9, 2011, there has been filed a Motion for Judgment on the Pleadings (#37), a further Motion for Judgment on the Pleadings (#44), a Motion to Dismiss Claims (#47), and a Motion for Summary Judgment (#52).  In light of these filings, the undersigned will not at this time enter a Pretrial Order and Case Management Plan.  The undersigned will direct the parties to file a new certification and report within

fifteen (15) days of the District Court's ruling on the above referenced motions.

## ORDER

**IT IS, THEREFORE, ORDERED** that the court shall not enter a Pretrial Order and Case Management Plan at this time and directs the parties to file a new Certification and Report of F.R.C.P. 26(f) Conference and Discovery Plan with **fifteen (15) days** of the District Court's ruling on the motions referenced in this Order.

Signed: November 16, 2011

Dennis L. Howell
United States Magistrate Judge