THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11cv54

| | |
|---|---|
| GENERAL STAR NATIONAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| and | ) ) |
| NATIONAL CASUALTY COMPANY, | ) ) ) |
| Intervening Plaintiff, | ) ) |
| vs. | ) ) |
| GLEN E. CHAPMAN, CITY OF HICKORY, DENNIS A. RHONEY, and ROBERT A. MULLINAX, as Public Administrator for the ESTATE OF MARK R. SAMS, | ) ) ) ) ) ) |
| Defendants. | ) ) |

**O R D E R**

**THIS MATTER** is before the Court upon notice from the parties that this case has been completely settled.

The Court will allow the parties thirty (30) days to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: August 2, 2012

Martin Reidinger
United States District Judge