THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11cv54

| | |
|---|---|
| **GENERAL STAR NATIONAL INSURANCE COMPANY,** )<br>)<br>**Plaintiff,** )<br>)<br>**and** )<br>)<br>**NATIONAL CASUALTY COMPANY,** )<br>)<br>**Intervening Plaintiff,** )<br>)<br>**vs.** )<br>)<br>**GLEN E. CHAPMAN, CITY OF HICKORY, DENNIS A. RHONEY, and ROBERT A. MULLINAX, as Public Administrator for the ESTATE OF MARK R. SAMS,** )<br>)<br>**Defendants.** )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court upon notice from the parties that this case has been completely settled.

The Court will allow the parties thirty (30) days to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: August 2, 2012

Martin Reidinger
United States District Judge